| | |
|---|---|
| **United States Bankruptcy Court** <br> **Central District Of California** | |
| In re: <br> Gracenilda C Esperanza | CHAPTER NO.: 7 |
| | CASE NO.: 2:10-bk-17048-TD |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**
A. You must cure the following within 14 days from filing of your petition:

- ☑ Statement of Related Cases required by Local Rule 1015-2.
- ☑ Notice of Available Chapters signed by Debtor(s). [11 U.S.C. §342(b); Local Rule 1002-1(g)]
- ☑ Verification of Creditor Mailing List. [Local Rule 1007-2(d)]
- ☑ Summary of Schedules (Form B6). [Local Rule 1002-1(g)]
- ☑ Signed Declaration Concerning Debtor's Schedules (Form B6). [Local Rule 1002-1(g)]
- ☑ Disclosure of Compensation of Attorney for Debtor, Certified by Attorney. [11 U.S.C. §329; F.R.B.P. 2016(b); Local Rule 1002-1(g)]
- ☑ Declaration of Attorney's Limited Scope of Appearance. [Local Rule 2090-1(a); 1002-1(g)]
- ☑ Certificate of Credit Counseling as required by § 521(b)(1), § 109(h)(1), and F.R.B.P. 1007(b)(3), or a Certification of Exigent Circumstances under § 109(h)(3), or a request for determination by the court under § 109(h)(4).
- ☑ Statistical Summary of Certain Liabilities
- ☑ Exhibit D
- ☑ Debtor's Certification of Employment Income
- ☑ Statement of Social Security Number(s) Form B21

B. You must file the Chapter 7 Individual Debtor's Statement of Intention [11 U.S.C. § 521] within 30 days from filing of your petition. [Local Rule 1002-1(g)]

**Even if the indicated documents are not applicable to your particular situation, they must still be filed with the notation 'None' marked thereon.**

FILED
MAR 02 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

For all items above you must file the original and the following number of copies [Local Bankruptcy Rule 1002-1]:

    Chapter 7    1 Original and 1 Copy

**Please return the original or copy of this form with all required items to the following location:**

    255 E. Temple Street, Room 940, Los Angeles, CA 90012

If you have any questions, please contact the below-referenced Deputy Clerk:

Dated: February 26, 2010

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

By: **Lynn Ly**
**Deputy Clerk**



| In re: Gracenilda C Esperanza | CASE NO.: 2:10-bk-17048-TD |
|---|---|
| Debtor(s) | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF

I am a resident of the county aforesaid, I am over the age of 18 years and not a party of the within entitled action; my business address is:

U.S. Bankruptcy Court, Edward R Roybal Building and Courthouse, 255 East Temple Street, Suite 940, Los Angeles, CA 90012

I served the within "CASE COMMENCEMENT DEFICIENCY NOTICE" on 3/2/2010, to the debtor(s) and debtor's attorney in said action by placing a true copy thereof enclosed in sealed envelope with postage thereon, fully prepaid, in the United States mail at **255 E Temple Street, Suite 940, Los Angeles, CA addressed as follows:**

DEBTOR(S) NAME:

**Gracenilda C Esperanza**
**422 E 219th St**
**Carson, CA 90745**

ATTORNEY(S) NAME AND ADDRESS:

George Holland, Jr
1970 Broadway Ste 1030
Oakland, CA 94612

Executed on , 3/2/2010, at Edward R Roybal Building and Courthouse, 255 East Temple Street, Suite 940, Los Angeles, CA 90012.

I declare, under penalty of perjury, that the foregoing is true and correct.

*[signature]*

Deputy Clerk's Signature