DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA 92688
Telephone: (949) 888-1014
Facsimile: (949) 766-9896

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>ESPERANZA, GRACENILDA C<br><br><br><br><br>Debtor(s) | Case No.: 2:10-17048-TD<br><br>10170482<br>Chapter: 7<br><br>NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |

COUNSEL: GEORGE HOLLAND JR
TO THE ABOVE NAMED DEBTOR(S):

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was **RESCHEDULED** to **04/14/10** at **08:00 AM** at Room 103, United States Trustee Office, 725 S. Figueroa Street, Los Angeles, CA 90017.

☒ Please note the change in time and or date of your scheduled meeting of creditors.

GRACENILDA C ESPERANZA
422 E 219TH ST
CARSON, CA 90745

Dated: March 27, 2010

/s/ David L. Hahn
DAVID L. HAHN, TRUSTEE

I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on March 27, 2010.

/s/ Shelly Hahn
Shelly Hahn

DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA  92688
Telephone:     (949) 888-1014
Facsimile:      (949) 766-9896

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In Re: | Case No.: 2:10-17048-TD |
| | 10170482 |
| ESPERANZA, GRACENILDA C | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: GEORGE HOLLAND JR
TO THE ABOVE NAMED DEBTOR(S):

    You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was **RESCHEDULED** to **04/14/10** at **08:00 AM** at Room 103, United States Trustee Office, 725 S. Figueroa Street, Los Angeles, CA 90017.

☒ Please note the change in time and or date of your scheduled meeting of creditors.

GEORGE HOLLAND JR
HOLLAND LAW FIRM
1970 BROADWAY STE 1030
OAKLAND, CA  94612


Dated:    March 27, 2010            /s/ David L. Hahn
                                                 DAVID L. HAHN, TRUSTEE

    I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on March 27, 2010.

                                                /s/ Shelly Hahn
                                                Shelly Hahn