DAVID L. HAHN, TRUSTEE
22342 Avenida Empresa, Suite 260
Rancho Santa Margarita, CA  92688
Telephone:    (949) 888-1014
Facsimile:    (949) 766-9896

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| In Re: | Case No.: 2:10-17048-TD |
|---|---|
| ESPERANZA, GRACENILDA C | 10170482 |
| | Chapter: 7 |
| | NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR [11 USC 341(a)] |
| Debtor(s) | |

COUNSEL: GEORGE HOLLAND JR
TO THE ABOVE NAMED DEBTOR(S):

  You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above-entitled matter was continued to **05/11/10** at **11:30 AM** at Room 101, United States Trustee Office, 725 S. Figueroa Street, Los Angeles, CA 90017, for the reason set forth below:

  ☒  You failed to appear at the 341(a) meeting previously scheduled in your matter. You are further notified that in the event you do not appear at said time and place, a motion to dismiss your case may be filed by the trustee.

GRACENILDA C ESPERANZA
422 E 219TH ST
CARSON, CA  90745

GEORGE HOLLAND JR
HOLLAND LAW FIRM
1970 BROADWAY STE 1030
OAKLAND, CA  94612

Dated:    April 15, 2010        /s/ David L. Hahn
                  DAVID L. HAHN, TRUSTEE

  I certify that I served the within notice on the above debtor(s) and the debtor(s)' attorney, and interested parties on April 15, 2010.

                     /s/ Shelly Hahn
                     Shelly Hahn