PETER C. ANDERSON
UNITED STATES TRUSTEE
JILL M. STURTEVANT (State Bar No. 089395)
ASSISTANT UNITED STATES TRUSTEE
HATTY YIP (State Bar No. 246487)
hatty.yip@usdoj.gov
TRIAL ATTORNEY
OFFICE OF THE UNITED STATES TRUSTEE
725 So. Figueroa Street, Suite 2600
Los Angeles, California 90017
(213) 894-1507 telephone
(213) 894-2603 facsimile

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>GRACENILDA C. ESPERANZA,<br><br>Debtor(s). | Case No. 2:10-bk-17048-TD<br><br>Chapter 7<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(a) AND TO ORDER THE FILING OF DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329, OR, IN THE ALTERNATIVE, TO EXTEND TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707(b) OR A COMPLAINT TO DENY THE DEBTOR'S DISCHARGE PURSUANT TO § 727**<br><br>Date:   June 30, 2010<br>Time:  11:00 a.m.<br>Place:  Courtroom 1345<br>            255 E. Temple St.<br>            Los Angeles, CA 90012 |

Pursuant to Federal Rule of Evidence 201, Movant United States Trustee hereby requests that this Court take judicial notice of the following schedules and statements from Debtor's pending bankruptcy case in connection with the United States Trustee's instant REQUEST FOR

UST 000001

JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(a) AND TO ORDER THE FILING OF DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329, OR, IN THE ALTERNATIVE, TO EXTEND TIME TO FILE A MOTION TO DISMISS PURSUANT TO § 707(b) OR A COMPLAINT TO DENY THE DEBTOR'S DISCHARGE PURSUANT TO § 727:

1) The Case Docket for In re: Gracenilda C. Esperanza, Case No. 2:10-bk-17048-TD;

2) Order for Transfer issued in In re: Gracenilda C. Esperanza;

3) Case Commencement Deficiency Notice issued in case no. 2:10-bk-17048-TD; and

4) Order to Comply with Bankruptcy Rule 1007 and Notice of Intent to Dismiss Case issued in case no. 2:10-bk-17048-TD.

DATED: April 19, 2010        Respectfully submitted,

**OFFICE OF THE UNITED STATES TRUSTEE**

By: /s/ Hatty Yip
HATTY YIP
Trial Attorney

| In re: | GRACENILDA C. ESPERANZA | | CHAPTER | 7 |
|---|---|---|---|---|
| | | Debtor(s) | CASE NUMBER | 2:10-bk-17048-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

The foregoing document described as: **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNITED STATES TRUSTEE'S NOTICE OF MOTION AND MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. SEC. 707(a) AND TO ORDER THE FILING OF DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. SEC. 329, OR, IN THE ALTERNATIVE, TO EXTEND TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. SEC. 707(b) OR A COMPLAINT TO DENY THE DEBTOR'S DISCHARGE PURSUANT TO SEC. 727**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.    TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **4/19/10** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

David L Hahn    trustee@hahnfife.com, dhahn@ecf.cpiqsystems.com
George Holland    hlfirm@gmail.com
Ramesh Singh    claims@recoverycorp.com
United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **4/20/10** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

DEBTOR: Gracenilda C. Esperanza, 422 E 219th St, Carson, CA 90745
DEBTOR'S ATTY: George Holland, Jr., Holland Law Firm, 1970 Broadway Ste 1030, Oakland, CA 94612

☐ Service information continued on attached page

**III.    SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **4/20/10** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instructions to deliver the copy to the bin outside the suite (Court Manual Appendix F), as follows:**

The Honorable Thomas B. Donovan, Judge Donovan's Courtesy Bin outside Suite 1352, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 4/20/10 | CAROL FUSILIER | *Carol Fusilier* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        **F 9013-3.1**