**FILED & ENTERED**

APR 26 2010

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** toliver    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No: 2:10-bk-17048-TD |
| Gracenilda C Esperanza, | Chapter: 7 |
| | ORDER GRANTING DEBTOR'S APPLICATION FOR AN ORDER EXTENDING TIME FOR FILING SCHEDULES, AND OR PLAN |
| Debtor(s). | |

    Having considered the Debtor's application for an order extending time for filing schedules, and/or plan,

    IT IS HEREBY ORDERED that the time for Debtor to file schedules is extended to and including April 5, 2010.

###

DATED: April 26, 2010

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING DEBTOR'S APPLICATION FOR AN ORDER EXTENDING TIME FOR FILING SCHEDULES, AND OR PLAN was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of 4/21/2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David L Hahn
trustee@hahnfife.com, dhahn@ecf.epiqsystems.com

George Holland on behalf of Debtor Gracenilda Esperanza
hlfirm@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF"). | Category II (Served by Court via U.S. mail). |
|---|---|
| | |

Category III (To be served by the lodging party).

# CERTIFICATE OF NOTICE

```
District/off: 0973-2           User: admin                  Page 1 of 1                   Date Rcvd: Apr 26, 2010
Case: 10-17048                 Form ID: pdf031              Total Noticed: 6

The following entities were noticed by first class mail on Apr 28, 2010.
db           +Gracenilda C Esperanza,    422 E 219th St,    Carson, CA 90745-3102
aty          +George Holland, Jr,    Holland Law Firm,    1970 Broadway Ste 1030,    Oakland, CA 94612-2222
aty          +Hatty K Yip,    Office of the UST/DOJ,    725 S Figueroa St 26th Fl,    Los Angeles, CA 90017-5524
tr           +David L Hahn,    Hahn Fife & Co., LLP,    22342 Avenida Empresa, Suite 260,
               Rancho Santa Margarita, CA 92688-2141
ust          +United States Trustee (LA),    725 S Figueroa St., 26th Floor,    Los Angeles, CA 90017-5524

The following entities were noticed by electronic transmission on Apr 27, 2010.
aty          +E-mail/PDF: rmscedi@recoverycorp.com Apr 27 2010 00:57:26     Ramesh Singh,
               Recovery Management Systems Corp,    25 S E 2nd Ave Ste 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp          Courtesy NEF
                                                                                              TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 28, 2010**                    **Signature:** _Joseph Speetjens_