1
PETER C. ANDERSON
UNITED STATES TRUSTEE
2
JILL M. STURTEVANT, State Bar No. 089395
ASSISTANT UNITED STATES TRUSTEE
3
HATTY YIP, State Bar No. 246487
TRIAL ATTORNEY
4
OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa Street, Suite 2600
5
Los Angeles, California 90017-5418
(213) 894-1507 telephone
6
(213) 894-2603 facsimile
hatty.yip@usdoj.gov
7

8

**FILED & ENTERED**

**JUL 09 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY toliver    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

9

10

11

| | |
|---|---|
| In re: | ) Case No.: 2:10-bk-17048-TD |
| | ) |
| | ) Chapter 7 |
| **GRACENILDA C. ESPERANZA**, | ) |
| | ) **ORDER GRANTING UNITED STATES** |
| Debtor(s). | ) **TRUSTEE'S MOTION TO DISMISS** |
| | ) **CASE PURSUANT TO 11 U.S.C. § 707(a)** |
| | ) **AND DISMISSING CASE AND** |
| | ) **ORDERING DEBTOR'S COUNSEL** |
| | ) **GEORGE HOLLAND, JR., TO FILE AND** |
| | ) **SERVE A DISCLOSURE OF** |
| | ) **COMPENSATION PURSUANT TO 11** |
| | ) **U.S.C. § 329** |
| | ) |
| | ) Date:    June 30, 2010 |
| | ) Time:    11:00 a.m. |
| | ) Place:   Courtroom 1345 |
| | )              255 E. Temple St. |
| | )              Los Angeles, CA 90012 |
| | ) |
| | ) |

A hearing was held in the above-referenced matter on June 30, 2010 at 11:00 a.m.

Appearances were as noted on the record. No timely opposition was filed. After consideration of

the pleadings filed by the parties, the supporting evidence, for GOOD CAUSE APPEARING, and

for the reasons stated on the record, the Court HEREBY ORDERS AS FOLLOWS:

1.      United States Trustee's Motion to Dismiss Case pursuant to 11 U.S.C. § 707(a) and

to Order the Filing of Disclosure of Compensation pursuant to 11 U.S.C. § 329 is GRANTED;

1

1        2.      Effective upon entry of this order, the above-captioned bankruptcy case is hereby

2 DISMISSED;

3        3.      Any discharge previously entered in this case is hereby VACATED;

4        4.      Debtor's counsel, George Holland, Jr., ("Debtor's Counsel") is ORDERED to file a

5 Disclosure of Compensation of Attorney for Debtor that states whether any funds were received by

6 Debtor's Counsel in connection with the above-bankruptcy filing **within fourteen (14) days of**

7 **entry of this Order**; and

8        5.      The Court reserves jurisdiction to rule on any subsequent fee disgorgement request,

9 if necessary.

10       IT IS SO ORDERED.

11

12                                      # # #

13

14

15

16

17

18

19

20

21

22

23 DATED: July 9, 2010                             _____
                                     United States Bankruptcy Judge

24

25

26

27

28

| In re: **GRACENILDA C. ESPERANZA** | CHAPTER **7** |
|---|---|
| Debtor(s). | CASE NUMBER **2:10-bk-17048-TD** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
725 S. Figueroa St., Suite 2600, Los Angeles, CA 90017-1574

A true and correct copy of the foregoing document described as **ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(a) AND DISMISSING CASE AND ORDERING DEBTOR'S COUNSEL GEORGE HOLLAND, JR., TO FILE AND SERVE A DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  **N/A** ,  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
**NOT APPLICABLE**

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On  **N/A** , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**NONE REQUIRED UNDER LBR 9021-1(b)(4)**

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  **6/30/10** , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.
The Honorable Thomas B. Donovan, Judge Donovan's Courtesy Bin outside Courtroom 1352, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/30/10 | DELORIS OWENS | /s/ Deloris Owens |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

| In re: **GRACENILDA C. ESPERANZA** | CHAPTER: **7** |
|---|---|
| Debtor(s). | CASE NUMBER: **2:10-bk-17048-TD** |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING UNITED STATES TRUSTEE'S MOTION TO DISMISS CASE PURSUANT TO 11 U.S.C. § 707(a) AND DISMISSING CASE AND ORDERING DEBTOR'S COUNSEL GEORGE HOLLAND, JR., TO FILE AND SERVE A DISCLOSURE OF COMPENSATION PURSUANT TO 11 U.S.C. § 329** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **6/29/10**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

David L Hahn   trustee@hahnfife.com, dhahn@ecf.epiqsystems.com
George Holland   hlfirm@gmail.com, geo_holland@hotmail.com
Ramesh Singh   claims@recoverycorp.com
United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
Hatty K Yip   hatty.yip@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

DEBTOR: Gracenilda C. Esperanza, 422 E 219th St, Carson, CA 90745
DEBTOR'S ATTY: George Holland, Jr., Holland Law Firm, 1970 Broadway Ste 1030, Oakland, CA 94612

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**NOT APPLICABLE**

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**